FILED JUL 18 '01 AM 11:03 USDCALS

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| LES BARNETT, TERRY LATHAN, and PERCY JOHNSON, )<br><br>  Plaintiffs, )<br><br> v. )<br><br> STATE OF ALABAMA, et al., )<br><br>  Defendants. ) | CIVIL ACTION NO.<br>01-0434-BH-S |

## ORDER

A motion to dismiss or, in the alternative, motion to stay (Doc. 5) has been filed by the defendants. It is **ORDERED** that the plaintiffs **RESPOND** in writing on or before **August 3, 2001,** to each of the arguments set forth in the motion and the relief sought by the defendants.

DONE this 18th day of July, 2001.

_W B Hand_
SENIOR DISTRICT JUDGE