FILED AUG 22 '01 AM 10:46 USDCALS

# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LES BARNETT, TERRY LATHAN, and PERCY JOHNSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. ) 01-0434-BH-S |
| STATE OF ALABAMA, et al., | ) ) |
| Defendants. | ) |

## ORDER

Upon review of plaintiffs' response (Doc. 10) to defendants' motion to dismiss or, in the alternative, motion to stay (Doc. 5), plaintiffs' first amended complaint (Doc. 8) and defendants' renewed motion to dismiss or stay (Doc. 16), the Court believes that it would be beneficial to hear oral arguments on defendants' motion. It is therefore **ORDERED** that this matter be and is hereby **SET FOR HEARING** at 9:00 a.m. on **Tuesday, September 25, 2001.** The undersigned is also concerned about the propriety of convening a three judge court prior to a resolution of pending issues concerning standing, ripeness and jurisdiction and will hear from the parties on that concern as well.

DONE this 22nd day of August, 2001.

*W. B. Hand*
SENIOR DISTRICT JUDGE