IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

FILED OCT 1 '01 PM 1:18 USDCALS

| | | |
|---|---|---|
| LES BARNETT, et al., | ) | Civil Action No. 01-CV-0433 |
| Plaintiffs, | ) | |
| v. | ) | |
| STATE OF ALABAMA, et al., | ) | |
| Defendants. | ) | |
| LES BARNETT, et al., | ) | Civil Action No. 01-CV-0434 |
| Plaintiffs, | ) | |
| v. | ) | |
| STATE OF ALABAMA, et al., | ) | |
| Defendants. | ) | |
| GONZALO FITCH MONTIEL, | ) | Civil Action No. 01-CV-0447 |
| Plaintiff, | ) | |
| v. | ) | |
| DON DAVIS, et al. | ) | |
| Defendants. | ) | |

<u>DESIGNATION OF THREE-JUDGE COURT</u>
[42 U.S.C. § 1973c and 28 U.S.C. § 2284]

## O R D E R

The Requesting Judge, Honorable William Brevard Hand, to whom an application for relief has been presented in the above causes, having notified me that the actions are ones required by Act of Congress to be heard and determined by a District Court of three judges, and having requested the appointment of such a three-judge District Court, I, R. Lanier Anderson, III, Chief Judge of the Eleventh Circuit, hereby designate Circuit Judge Susan H. Black and District Judge Inge P. Johnson to serve with the Requesting Judge, William Brevard Hand, as members of the said Court to hear and determine the actions.

This designation and composition of the three-judge court is not a prejudgment, express or implied, as to whether these are properly cases for a three-judge rather than a one-judge court. This is a matter best determined by a three-judge court as this enables a simultaneous appeal to the Court of Appeals and to the Supreme Court without the delay, awkwardness, and administrative insufficiency of proceeding by way of mandamus from either the Court of Appeals, the Supreme Court, or both, directed against the Chief Judge of the Circuit, the presiding district judge, or both. The parties will be afforded the opportunity to brief and argue all questions before the three-judge court, either preliminarily or on the trial of the merits, or otherwise, as the court thinks appropriate.

DATED this 27th day of September, 2001.

_____
Chief Judge
United States Court of Appeals
for the Eleventh Circuit